John A. Olagues, Pro Se
413 Sauve Rd.
River Ridge LA. 70123
olagues@gmail.com
504-305-4071

Clerk of Court

USDC

District of Colorado

Dear Clerk                          May 22, 2017

Please file this . There is not one change of any words from my recent filing of the Response to Defendants 12 -b-6 Motion. There is merely changing to the spacing and the numbers of pages were reduced by one, in response to the defendant's motion to strike, where their attorney complained of more than 15 pages (i.e. 16 pages) and improper line spacing.

Regards,

John Olagues

Also Please file the enclosed Opposition to Strike filed by Defendants