```
                                                              FILED
                                                     UNITED STATES DISTRICT COURT
                                                          DENVER, COLORADO
              UNITED STATES DISTRICT COURT
                  For the District of Colorado              JUN 01 2017

                                                          JEFFREY P. COLWELL
                                                                  CLERK
```

John A. Olagues, Pro Se
413 Sauve Rd.
River Ridge LA. 70123
olagues@gmail.com
504-305-4071                          Private Right of Action
A shareholder of DigitalGlobal Inc.   Under Section 16 b of the
                                      Securities Act of 1934
          Plaintiff        CIVIL ACTION NO. 17 CV -279
                                      Judge Hon. Watanabe

          Versus

Jeffrey Tarr, Pres and CEO
Stephanie Comfort
Scott Walter
Timothy Hascall
DigitalGlobe Inc.
          Defendants

### Notification of Reason for Non Appearance

Attached is a letter from Dr. Michael G. FERGuson D.D. S. M.D. stating that on May 25, 2017, I went through Oral Surgery at his office here in New Orleans.

The surgery took 6 ½ hours and I was incapacitated for the next two days. I also attended required work on the oral surgery on May 25, 2017 at the office of Dr. Charvet in Metairie Louisiana.

The Oral surgery and subsequent meeting was beyond my control and made it impossible for me to attend the hearing in court in Denver Colorado on May 25, 2017.

Respectfully Submitted

*/s/ John Olagues*
John Olagues



*Oral Surgery Services, L.L.C.*

Demarcus Smith, D.D.S.
Michael G. Ferguson, D.D.S., M.D.
Jeffrey N. James, M.D., D.D.S.

250 Meadowcrest Street
Suite #104
Gretna, LA 70056
504.433.4455
504.433.4450 (fax)

4420 Conlin Street
Suite #203
Metairie, LA 70006
504.455.9960
504.455.9961

May 29, 2017

John Olagues

413 Sauve Rd

River Ridge, La 70123

Sent VIA email


Mr. John Olagues was in the care of Dr. Michael Ferguson on May 24, 2017 for an oral surgery Procedure. He was instructed to limit activities to light duty for 7 days.


Sincerely,

Dr. Michael G. Ferguson